UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDRICK D. THOMAS,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  17-4195** |
| **BP EXPLORATION & PRODUCTION INC., ET AL.,**<br>    **Defendants** | **SECTION: "E" (4)** |

### ORDER AND REASONS

Before the Court is a motion *in limine* to exclude the opinions of Plaintiff Kendrick Thomas's general causation expert, Dr. Jerald Cook ("Cook"), filed by Defendants, BP Exploration & Production, BP America Production Company, and BP p.l.c.[1] Also before the Court is the Defendants' motion for summary judgment.[2] Plaintiff has filed oppositions to both motions,[3] and Defendants have filed replies.[4] Plaintiff separately filed a spoliation motion,[5] which Defendants oppose.[6]

Defendant's motion *in limine* and motion for summary judgment are nearly identical to the ones filed by Defendants, and granted by this Court, in other B3 cases.[7] Likewise, Plaintiff's spoliation motion argues Defendants had a duty to create evidence,[8] the same argument made by other B3 Plaintiffs, and denied by this Court, in other B3

---

[1] R. Doc. 55. Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., additional Defendants, join in the motion *in limine*.
[2] R. Doc. 56. Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., additional Defendants, join in the motion for summary judgment.
[3] R. Docs. 59, 60.
[4] R. Docs. 68, 70.
[5] R. Doc. 58.
[6] R. Doc. 62.
[7] *See Bruton v. BP Exploration & Production, Inc., et al.*, Civ. A. 17-3110 at R. Doc. 107 (E.D. La. 11/30/2022) (Morgan, J.); *Harrison v. BP Exploration & Production, Inc, et al.*, Civ. A. 17-4346 at R. Doc. 85 (7/1/2022) (Morgan, J.).
[8] *See, e.g.*, R. Doc. 58-1 at pp. 20–23.

1

cases.[9]

Accordingly, for the reasons stated in the Orders & Reasons issued in the cited B3 cases;

**IT IS ORDERED** that the motion *in limine* is **GRANTED**.

**IT IS FURTHER ORDERED** that the spoliation motion is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment is **GRANTED**. A separate judgment will be entered in favor of Defendants BP Exploration & Production, BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., and against Plaintiff on all claims.

New Orleans, Louisiana, this 21st day of February, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[9] *Bruton*, Civ. A. 17-3110 at R. Doc. 107. *See also* R. Doc. 62 at p. 2. n.2 (collecting cases).